MICHAEL J. GREEEN          4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax:  (808) 566-0347
E-Mail: michael@michaeljaygreen.com

Attorney for Defendant
MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 21-00061 JAO |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **MODIFY CONDITIONS OF** |
| vs. | ) | **RELEASE 7p2; CERTIFICATE** |
| | ) | **OF SERVICE** |
| | ) | |
| MARTIN KAO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE 7p2**

COMES NOW, Defendant MARTIN KAO, by and through his attorney,

Michael Jay. Green, and hereby respectfully moves this Honorable Court, pursuant

to 18 U.S.C. § 3142(c), to modify condition of release No. 7p2 of the Court's

October 2, 2020 Minute Order (Dkt. No. 8).

1

Condition 7p2 requires as follows:

Comply with the Location Monitoring program under the direction of Pretrial Services. The Court authorizes release under the HOME DETENTION restriction which restricts you to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by Pretrial Services.

Dkt. No. 8 (emphasis in original).

Because the Defendant is only allowed to leave the house for specific reasons, the Defendant is required to get pre-approval from Pre-Trial Services, in advance, each and every time that he needs to leave the home. This is proving to be unnecessarily burdensome to both the Defendant and his wife, children and elderly parents as they all depend on him for support in carrying out the most basic needs such as schooling, transportation, shopping, and daily living activities.

Defendant has been on release for 7 months without any problem. However, Defendant was just arraigned this week and is now looking at an extended term of supervision while awaiting a resolution of his case. Now that the discovery process has begun, the Defendant will also be required to spend an enormous amount of time at his lawyer's office reviewing the legal documents and preparing his case.

Consequently, the Defendant respectfully requests that Defendant be placed under a time-based curfew that is approved by Pre-Trial Services. Defendant

submits that said curfew would provide all of the same safeguards as the current terms and conditions of release without the unnecessary burdens of the purpose specific travel restrictions currently in place.

DATED:  Honolulu, Hawaii, May 14, 2021.

/s/ Michael Jay. Green
MICHAEL JAY. GREEN
Attorneys for Defendant
MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 21-00061 JAO |
| Plaintiff, | ) ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) | |
| MARTIN KAO, | ) ) | |
| Defendant. | ) ) | |
| ———————————————— | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date a true and correct copy of the

foregoing document shall be duly served electronically through CM/ECF upon the

following:

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6100, PJJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Craig.Nolan@usdoj.gov

THOMAS J. TYNAN
Trial Attorney
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Thomas.Tynan@usdoj.gov

DATED: Honolulu, Hawaii, May 14, 2021.

*/s/ Michael Jay Green*
MICHAEL JAY. GREEN
Attorneys for Defendant
MARTIN KAO