PS8 HIPS-SUP-L-PETITN-01 (06.12)

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF HAWAII

U.S.A. vs. Martin Kao                                                        CR 21-00061LEK-01

Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Iverson, Senior U.S. Probation Officer, presenting an official report upon the conduct of defendant MARTIN KAO, who was placed under pretrial release supervision by the Honorable Kenneth J. Mansfield sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since October 8, 2020. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

Pursuant to 18 U.S.C. § 3142(c)(3), Pretrial Services is submitting this report to request that the Court review the release order.

The purpose of this modification request is to add an alcohol restriction and alcohol testing to the defendant's conditions of pretrial release.

That the defendant's conditions of pretrial release be modified as follows:

**ADD:**

- (7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond.

- (7w2) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing including remote alcohol testing devices, and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the alcohol detection testing process in any manner.

PRAYING THAT THE COURT WILL ORDER the aforementioned modification of pretrial release.

Case 1:21-cr-00061-LEK   Document 74   Filed 08/01/22   Page 2 of 2   PageID #: 241

RE:     U.S.A. vs. Martin Kao                                        August 1, 2022
        CR 21-00061LEK-01                                                    Page 2

Petition for Action on Conditions of Pretrial Release

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 1st day of August, 2022 and ordered filed and made a part of the records in the above case. | Executed on: August 1, 2022 |
|   Rom A. Trader  United States Magistrate Judge | Erik Iverson  Senior U.S. Probation Officer |
| | Place: Honolulu, Hawaii |