IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:21-CR-00061-LEK-1 |
| Plaintiff, | ) | |
| vs. | ) | |
| MARTIN KAO, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts 1, 2, 3, 4, 5, 6, 7 and 8 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 22, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge