IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN KAO,<br><br>Defendant. | CR. NO. 21-00061 LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date noted below, a copy of the foregoing document was duly served on the following parties via CM/ECF:

| | |
|---|---|
| JENNIFER BILINKAS<br>CRAIG S. NOLAN<br>U.S. Department of Justice<br>District of Hawaii<br>300 Ala Moana Blvd., #6-100<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Jennifer.Bilinkas@usdoj.gov<br>craig.nolan@usdoj.gov |
| VICTOR J. BAKKE<br>Law Office of Victor Bakke<br>Topa Financial Center<br>700 Bishop Street, Suite 2100<br>Honolulu, Hawaii 96813 | vbakke@bakkelawfirm.com |
| KEITH M. KIUCHI<br>1001 Bishop Street, Suite 985<br>Honolulu, Hawaii 96813 | kkiuchi106@cs.com |

1

Chuck C. Choi cchoi@hibklaw.com
Allison A. Ito aito@hibklaw.com
Michel A. Okazaki  (independent lawyer appearing through Choi & Ito)
CHOI & ITO, Attorneys at Law
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

Attorney for Defendant
MARTIN KAO

DATED: Honolulu, Hawaii, March 23, 2023.

/s/ Jesse W. Schiel
DAVID M. LOUIE
JESSE W. SCHIEL

Attorneys for Movant
PACMAR TECHNOLOGIES LLC
f/k/a MARTIN DEFENSE GROUP,
LLC f/k/a NAVATEK LLC