# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 21-00061 LEK |
| CASE NAME: | USA v Martin kao |
| ATTYS FOR PLA: | Craig Nolan |
| ATTYS FOR DEFT: | Keith Kiuchi |
| MOVANT: | PacMar Technologies LLC<br>attorney's: David Louie, Ryan Louie |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 04/13/2023 | TIME: | 11:00 AM - 11:30 AM |

COURT ACTION:  EP: DEFENDANT MARTIN KAO'S OBJECTIONS TO AND APPEAL FROM DISPOSITIVE ORDER (Dkt. No. [92]) HEARING HELD.

Craig Nolan present for the Government.
Keith Kiuchi present for the Defendant.
David Louie, Ryan Louie present for PacMar Technologies LLC.

Court addresses the parties regarding it's inclination.

Arguments presented by: Craig Nolan, Keith Kiuchi, David Louie.

Matter is taken under submission.  Court will issue a written order.

Submitted by: Agalelei Elkington, Courtroom Manager