CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:   (808) 541-2850
Facsimile:    (808) 541-2958
E-Mail:          Craig.Nolan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 21-00061 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES' SENTENCING |
| vs. | ) STATEMENT; CERTIFICATE OF |
| | ) SERVICE |
| MARTIN KAO | ) |
| | ) |
| Defendant. | ) |
| | ) |

UNITED STATES SENTENCING STATEMENT

The United States has no objections or corrections to the Draft Presentence Report in the above-captioned matter.

DATED:   July 25, 2023, at Honolulu, Hawaii.

                                                           CLARE E. CONNORS
                                                           United States Attorney
                                                           District of Hawaii

                                                   By */s/ Craig S. Nolan*
                                                           CRAIG S. NOLAN
                                                           Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through EM/ECF:**

Victor J. Bakke							vbakke@bakkelawfirm.com
Defense Counsel for Defendant
MARTIN KAO

**Served Via Email:**
Derek Kim							derek_kim@hip.uscourts.gov
U.S. Probation Officer
District of Hawaii

DATED:	June 25, 2023, at Honolulu, Hawaii.


							*/s/Desirai Dawson-Tolbert*
							U.S. Attorney's Office
							District of Hawaii