Page 234

DISPUTE PREVENTION & RESOLUTION, INC.

STATE OF HAWAII

---:---

| | |
|---|---|
| NAVATEK CAPITAL, INC., individually and derivatively on behalf of Nominal Respondent MARTIN DEFENSE GROUP, LLC, fka NAVATEK LLC, <br><br>         Claimant, <br><br>    vs. <br><br>MARTIN KAO; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL UNITS 1-10, <br><br>         Respondents, <br><br>    and <br><br>MARTIN DEFENSE GROUP, LLC, fka NAVATEK LLC. <br><br>         Nominal Respondent. | ) DPR No. 21-0234-A <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

VIDEO CONFERENCE ARBITRATION

Volume 2

Taken with Zoom Video Conferencing, commencing at 8:30 a.m. on September 28, 2021 pursuant to Notice.

# EXHIBIT "A"

WILLIAM T. BARTON, RPR, CSR NO. 391

Page 235

```
 1  APPEARANCES:
 2  The Arbitrator
      JERRY M. HIATT, ESQ.
 3    (appearing by video conference)
      c/o Dispute Prevention & Resolution
 4    1003 Bishop Street
      Pauahi Tower, Suite 1155
 5    Honolulu, Hawaii 96813
      (808) 523-1234
 6    jh@hiattlaw.com
      kellybryant@dprhawaii.com
 7
    For Claimant/Counterclaim Respondent
 8  Navatek Capital, Inc., individually and
    derivatively on behalf of Nominal Respondent
 9  Martin Defense Group, LLC, fka Navatek LLC
      DAVID M. LOUIE, ESQ.
10    JESSE W. SCHIEL, ESQ.
      RYAN DAVID LOUIE, ESQ.
11    (appearing by video conference)
      Kobayashi, Sugita & Goda, LLP
12    First Hawaiian Center
      999 Bishop Street, Suite 2600
13    Honolulu, Hawaii 96813
      (808) 535-5700
14    dml@ksglaw.com
      jws@ksglaw.com
15    nm@ksglaw.com
      rdl@ksglaw.com
16
    For Respondent/Crossclaim Respondent
17  Martin Kao
      ALLISON A. ITO, ESQ.
18    (appearing by video conference)
      Choi & Ito
19    700 Bishop Street, Suite 1107
      Honolulu, Hawaii 96813
20    (808) 533-1877
      aito@hibklaw.com
21
      KEITH M. KIUCHI, ESQ.
22    (appearing by video conference)
      American Savings Bank Tower
23    1001 Bishop Street, Suite 985
      Honolulu, Hawaii 96813
24    (808) 533-2230
      kkiuchi106@cs.com
25
```

Page 236

```
 1      MICHEL A. OKAZAKI, ESQ.
        (appearing by video conference)
 2      370 Kawaihae Street, Apt. E
        Honolulu, Hawaii 96825
 3      (808) 222-1859
        mikeokazaki@hawaii.rr.com
 4
    For Martin Defense Group, LLC, fka Navatek LLC
 5      DOUGLAS S. CHIN, ESQ.
        PETER STARN, ESQ.
 6      ERIC S. ROBINSON, ESQ.
        ROBERT J. BROWN, ESQ.
 7      (appearing by video conference)
        Starn O'Toole Marcus & Fisher
 8      1900 Makai Tower
        Pacific Guardian Center
 9      733 Bishop Street
        Honolulu, Hawaii 96813
10      (808) 537-6100
        dchin@starnlaw.com
11      pstarn@starnlaw.com
        erobinson@starnlaw.com
12      rbrown@starnlaw.com
13  Also Present (appearing by video conference)
        Daniel Brunk
14      Steven Loui
        Martin Kao
15      Tom Simon
16
17
18
19
20
21
22
23
24
25
```

Page 237

```
 1          INDEX
 2          EXAMINATION
 3  Witness Name                              Page
 4  STEVEN SHAW
 5      CROSS BY MR. KIUCHI ........................ 239
 6      REDIRECT BY MR. SCHIEL .................... 287
 7      REDIRECT BY MR. ROBINSON ................ 309
 8      RECROSS BY MR. KIUCHI .................... 315
 9      BY THE ARBITRATOR ......................... 323
10  TOM SIMON
11      CROSS BY MR. KIUCHI ........................ 327
12      REDIRECT BY MR. LOUIE ..................... 388
13      REDIRECT BY MR. ROBINSON ................ 444
14      RECROSS BY MR. KIUCHI .................... 459
15      FURTHER BY MR. LOUIE ...................... 477
16      FURTHER BY MR. KIUCHI .................... 480
17
18
19
20
21
22
23
24
25
```

Page 238

```
 1       THE ARBITRATOR:  Can everybody state their
 2  appearances starting with NCI.
 3       MR. SCHIEL:  Good morning, Jerry.  On behalf
 4  of NCI Jesse Schiel.  David Louie is also in the
 5  room, Ryan Louie, and our client Steven Loui and of
 6  course our witness today, Steven Shaw.
 7       THE ARBITRATOR:  I'm curious.  Is Ryan
 8  related to Steven or to David?  Or either?
 9       MR. SCHIEL:  He's David's son.
10       THE ARBITRATOR:  Nice to see you, Ryan.  I
11  hope you can get your dad over the tough spots in
12  this case.  He probably could use all the help you
13  can give him.  All right, then can we have
14  appearances from Doug, please.
15       MR. ROBINSON:  Eric Robinson appearing on
16  behalf of Martin Defense Group, LLC.  I'm joined by
17  Mr. Doug Chin, Dan Brunk and expect to be joined
18  throughout the day by Peter Starn and Robert Brown.
19       THE ARBITRATOR:  Then, Keith, please for
20  your side?
21       MR. KIUCHI:  Keith Kiuchi, Allison Ito and
22  Mike Okazaki representing Martin Kao.  Martin Kao is
23  also on the screen.
24       THE ARBITRATOR:  Thank you for joining us on
25  the screen, Mr. Kao.  Who is your next witness, Eric?
```

Page 399

1  Q. And with regard to Exhibit 129 where they
2  are talking about max 3.5 million loan without
3  looking like we are cooking anything, did you review
4  a number of emails by and between Mr. Kahele Lum Kee,
5  Mr. Cliff Chen and Mr. Kao?
6  A. Yes. Mr. Kao was usually CC'd on emails
7  like that.
8  Q. Did it appear that Mr. Kao was in frequent
9  contact by email with Mr. Lum Kee and Mr. Chen as to
10 this PPP loan application?
11 A. Yes, these three were sharing a brain
12 throughout this entire process as far as getting
13 these loans done.
14 Q. Got it. Let's now turn to Exhibit 130.
15    (Screensharing a document.)
16 Q. So Exhibit 130, going down to the bottom,
17 this is about the payroll costs. And Mr. Lum Kee is
18 emailing. April 2nd, again, before the application
19 is actually submitted.
20    And he's emailing to Mr. Kao, see attached
21 inclusive of the new office pool costs. Did you see
22 this, sir?
23 A. I did, yes.
24 Q. All right. Then going up. This is from
25 Mr. Kao on April 2, 2020 at pretty late in the day,

Page 400

1  24:30 p.m. The attachment says, copy of summary of
2  payroll costs 1219 MK edits XLSX. What does that
3  normally mean to you?
4  A. It looks like the, there was an Excel
5  spreadsheet that at some point was edited by Martin
6  Kao to reflect new information that Mr. Kao wanted in
7  that spreadsheet.
8  Q. Okay. Let's move on to Exhibit 132.
9  Exhibit 132 is an email, at the bottom, yes, from
10 Mr. Lum Kee to Mr. Kao.
11    (Screensharing a document.)
12 Q. It says, "Roger will finalize the PPP loan
13 application today and upload this along with the
14 941s."
15    Do you see that?
16 A. Yes, sir.
17 Q. Then Mr. Kao's response was "chance'm"?
18 A. Yes. My understanding is that's kind of a
19 local, pijin local term in Hawaii for let's take a
20 chance, let's roll the dice, let's see how this goes.
21 Q. Got it.
22    THE ARBITRATOR: That exhibit number was?
23    MR. LOUIE: 132.
24 Q. Now, let's go to number Exhibit 40.
25    (Screensharing a document.)

Page 401

1  Q. And Exhibit 40 is, we start with
2  Mr. Schmicker. And this is later. This is
3  April 8th. This is after the application has gone
4  in.
5     Mr. Schmicker is asking if they filed for
6  the SBA money. Do you see that?
7  A. Yes. That's what it says.
8  Q. Then we go up, and then what is Mr. Kao's
9  response to Mr. Schmicker?
10 A. "Sounds sketchy. Best to stick to our
11 standard practices of raping and pillaging."
12 Q. And then, Mr. Schmicker responds. Just
13 going up he talks about it's free money under some
14 simple conditions. Then go up. What does Mr. Kao
15 say?
16 A. "Our payroll is already funded by the
17 federal government. This would be double-dipping. I
18 would need at least two cups."
19 Q. This is on April 8th. This is while the PPP
20 loan at CPB is still pending.
21    What did you take these emails to mean,
22 Mr. Simon?
23 A. It's interesting a lot of defense contracts
24 basically bill the government for the payroll of the
25 people who are working the job, like a cost plus

Page 402

1  contract.
2     And so, what Mr. Kao seems to be saying here
3  is interesting, and I didn't catch this the first
4  time. Is that the he may not have been eligible for
5  this PPP loan at all since the federal government is
6  funding the payroll there is no real risk to Navatek.
7     And it wasn't like Navatek needed to dip
8  into their cash reserves to cover the payroll during
9  the difficult time because the federal government was
10 already doing that.
11    That's sort of the way I looked at it. Then
12 he basically is saying because the federal government
13 is covering the payroll as per their contract as a
14 defense contractor and they are applying for a PPP
15 loan to cover the same expenses that it would be
16 double-dipping.
17    And Mr. Kao seems very comfortable with
18 that.
19 Q. All right. Then let me ask you to turn,
20 that was Exhibit 40. Dated April 8th.
21    Then let me ask you to turn to Exhibit 143.
22    (Screensharing a document.)
23 Q. Go all the way to the bottom. First email.
24 This is -- I'm not sure what this is. Let's go up
25 above that to Mr. Kao.

Page 403

1     (Scrolling through a screenshared document.)
2     Q. Mr. Kao's -- right there.
3     So Mr. Kao's response here says he's,
4  "Speaking of moving funds around maybe we should
5  start moving slowly more funds out of CPB over the
6  next few months, wash it from them before moving it
7  all back to CPB. That way it looks like 'new' funds.
8  Is it difficult to change the account that the
9  government PMT systems sends money to? Can have them
10 send to Navatek Merrill account until we exhaust the
11 CPB loan funds currently in there. That way it even
12 looks like we're using it for payroll."
13    What did you take this to mean, Mr. Simon?
14    A. This is the email I was referring to at the
15 beginning of my cross-examination. They are clearly
16 trying to deceive Central Pacific Bank hereby
17 creating the illusion that they are actually using
18 the money for payroll and to try to hide from them
19 the fact that the federal government is covering the
20 payroll already as part of their contract.
21    And so, Mr. Kao has come up with a scheme
22 here to wash the money in and out of the account to
23 create the illusion that this money is being used for
24 something it's not.
25    Q. Because Mr. Kao is on all of these emails

Page 404

1  and is authoring many of them, is it plausible to you
2  if he decides to blame Mr. Lum Kee and Mr. Chen, his
3  lieutenants, as having done this?
4     A. No. These guys were clearly in bed together
5  making all this happen.
6     Q. Then going up to the top email. What is
7  Mr. Kao saying there?
8     A. I remember this one. "And it looks like we
9  are indeed getting stiffed by COVID-19 with CPB. No
10 cash payments coming in for gov when the look. I'm
11 starting to fall in love with COVID-19. Will for
12 sure be the case if we get Radius and FHB. So much
13 so I wish I could have take credit for starting it."
14    Q. What did you take this to mean?
15    A. This is sort of ghoulish, the idea that he
16 loves this COVID-19 because he's able to get all this
17 money from banks.
18    The idea that he's going to love it even
19 more if they can get the loans that he never should
20 have applied for in the first place from Radius and
21 First Hawaiian Bank.
22    Again, I just find this distasteful during a
23 time where like hundreds of thousands of Americans
24 are dying and the economy has crawled to a halt that
25 he loves COVID-19 so much he wished he could have

Page 405

1  taken credit for starting it.
2     Q. That was Exhibit 143. Let's now turn to
3  Exhibit 17, please.
4     (Screensharing a document.)
5     Q. You saw this, Mr. Simon?
6     A. Yes. This one jumped out at me also.
7     Q. This is dated May 1, 2020 now. It's an
8  email from Mr. Chen to Mr. Kao. And it texts a
9  Bloomberg news article about how the department sees
10 early fraud.
11    A. Exactly. The timing here is relevant.
12 Because at this point he had already applied for
13 three different PPP loans all of which had false
14 statements in the loan applications.
15    Q. Okay. Now, in response to this, Exhibit 18,
16 please.
17    (Screensharing a document.)
18    Q. Mr. Kao responds to Mr. Chen's email. Go
19 back to Exhibit 17. I'm sorry.
20    (Screensharing a document.)
21    Q. Exhibit 17, the time is May 1, 2020 at
22 2:18 a.m.
23    A. Right. That time Mr. Chen is telling
24 Mr. Kao that the Justice department is seeing fraud
25 in SBA, in this all these PPP loans.

Page 406

1     Q. Now, go to Exhibit 18.
2     (Screensharing a document.)
3     Q. And this is now May 1, 2020 at 2:25 a.m.
4  Shortly after.
5     A. Exactly.
6     Q. And Mr. Kao's response is?
7     A. FK. I think we can all assume what he means
8  by that, yeah. He's clearly not taking the news of
9  Department of Justice investigations of PPP loan
10 fraud well.
11    Q. All right. We've already --
12    THE ARBITRATOR: Maybe pause for a bit.
13 We've been going about an hour.
14    (Discussion off the record.)
15    THE ARBITRATOR: We will resume at around
16 2:15.
17    (Whereupon, a recess was taken from
18 2:06 p.m. to 2:18 p.m.)
19    THE ARBITRATOR: You're on your examination,
20 David. Go ahead. It's about 2:18.
21 BY MR. LOUIE:
22    Q. Let's pull up Exhibit 11.
23    (Screensharing a document.)
24    Q. Mr. Simon, Mr. Kiuchi asked you, well, he
25 was suggesting to you that you didn't know if Mr. Kao