IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARTIN KAO,<br><br>  Defendant. | CR. NO. 21-00061 JAO<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document shall be duly served electronically through CM/ECF upon the following:

CRAIG S. NOLAN
U.S. Attorney's Office
***(Craig.Nolan@usdoj.gov)***

Malia Eversole
Supervisory U.S. Probation Officer
***(malia_eversole@hip.uscourts.gov)***

DATED:  Honolulu, Hawaii, August 2, 2023.

                      */s/ Victor J. Bakke*
                      VICTOR J. BAKKE

                      Attorney for Defendant
                      MARTIN KAO