LAW OFFICE OF VICTOR J. BAKKE

VICTOR J. BAKKE            5749
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone: (808) 369-8170
Facsimile: (808) 369-8179
E-Mail: vbakke@bakkelawfirm.com

Attorney for Defendant
MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,   )<br>  vs.   )<br>  )<br> MARTIN KAO,   )<br>  )<br>   Defendant.   )<br>_____) | CR. NO. 21-00061 LEK<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED between the parties, the UNITED STATES OF AMERICA and Defendant, MARTIN KAO, by and through their respective attorneys undersigned, that the sentencing date in this case

1

currently set for September 7, 2023 at 1:30 p.m. be continued to April 4, 2024 at 1:30 p.m. before the Honorable Leslie E. Kobayashi.

DATED: Honolulu, Hawaii, August __, 2023

*/s/ Craig S. Nolan*

_____
CRAIG S. NOLAN
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

*/s/ Victor J. Bakke*

_____
VICTOR J. BAKKE

Attorney for Defendant
MARTIN KAO


SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
**<u>United States of America v. Martin Kao.</u>; Cr. No. 21-00061 LEK; STIPULATION AND ORDER TO CONTINUE SENTENCING**