IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 21-00061 JAO |
| Plaintiff, | )<br>)<br>) | **CERTIFICATE OF SERVICE** |
| vs. | )<br>)<br>) | |
| MARTIN KAO, | )<br>)<br>) | |
| Defendant. | )<br>)<br>) | |
| ————————————— | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date a true and correct copy of the

foregoing document shall be duly served in the manner listed below upon the

following:

CRAIG S. NOLAN
*(Craig.Nolan@usdoj.gov)*
Via CM/ECF

Erik Iverson
Pretrial Services
*(Erik_Iverson@hipt.uscourts.gov)*
Via email transmittal

DATED:  Honolulu, Hawaii, August 24, 2023.

*/s/ Victor J. Bakke*
VICTOR J. BAKKE

Attorney for Defendant
MARTIN KAO

1