## MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CR-00061 LEK |
| CASE NAME: | United States of America v. Martin Kao |
| ATTYS FOR PLA: | Aislinn Affinito, AUSA |
| ATTYS FOR DEFT: | Victor Bakke, Esq. |
| U.S. PTS Officer: | Erik Iverson |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | FTR - CR 7 |
| DATE: | 9/19/2023 | TIME: | 10:34 am - 10:45 am |

COURT ACTION: EP:   MOTION HEARING as to ECF No. [111] Motion to Modify Conditions of Release as to Defendant Martin Kao held.

AUSA Aislinn Affinito appeared on behalf of the United States.  Mr. Erik Iverson from U.S. Pretrial Services also appeared.

Mr. Victor Bakke appeared for the Defendant.

Defendant is present; not in custody.

The Court held a Motion Hearing on Defendant's *Motion to Modify Conditions of Release*, ("Motion") ECF No. [111].

Discussion held.

The Court took judicial notice of the U.S. Pretrial Services' Report and considered the arguments of counsel. Defendant's *Motion*, ECF No. [111], is GRANTED.  The Court adopts the recommendations of Pretrial Services and Defendant's conditions of pretrial release are modified as follows:

**ADD:**

(7p6) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PRETRIAL SERVICES.

**DELETE:**

(7p5) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: PASSIVE GLOBALPOSITIONING SATELLITE (GPS) MONITORING.

Defendant is continued on previously imposed conditions of pretrial release with the above modifications.

*Submitted by: Jocelyn Orosz, Courtroom Manager*