LAW OFFICE OF VICTOR J. BAKKE

VICTOR J. BAKKE            5749
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone: (808) 369-8170
Facsimile: (808) 369-8179
E-Mail: vbakke@bakkelawfirm.com

Attorney for Defendant
MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN KAO,<br><br>　　　　Defendant. | CR. NO. 21-00061 LEK<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

### STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

WHEREAS, Defendant MARTIN KAO has requested permission to travel to Cambridge, Massachusetts, to attend two Harvard University summer courses, running from June 29, 2024, to August 6, 2024, in order to engage in activities that

1

provide some sense of purpose and pride to his life given the destruction he has done to his own worth;

AND WHEREAS, Mr. Kao's current employer, The Cheesecake Factory in Waikiki, has recommended that his employment be transferred to The Cheesecake Factory in Cambridge;

AND WHEREAS, Mr. Kao will continue to be subject to the Smartlink check-ins and Soberlink breathalyzer testing and be otherwise supervised by the United States Probation Office;

AND WHEREAS, Senior United States Probation Officer Erik S. Iverson and Assistant United States Attorney Craig S. Nolan have no objection to the requested travel,

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the conditions of Defendant MARTIN KAO's pretrial release be modified as follows:

### MODIFICATION:

Defendant is permitted to travel to Cambridge, Massachusetts, to attend two Harvard University summer courses, running from June 29, 2024, to August 6, 2024. Travel dates, not to exceed five (5) days in advance of, and at the conclusion of, his classes, will be provided to the U.S. Probation Office for approval; Defendant shall provide the U.S. Probation Office with a copy of his travel itinerary, lodging, and contact information prior to his departure.

Defendant shall continue to be supervised by the U.S. Probation Office in the District of Hawaii and is subject to Smartlink check-ins

and Soberlink breathalyzer testing. Defendant will check in with the U.S. Probation Office as may be directed upon his return to Honolulu.

All other conditions of release remain in effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May 23, 2024.

/s/ Victor J. Bakke
Victor J. Bakke
Attorney for Defendant
MARTIN KAO

/s/ Craig S. Nolan
CRAIG S. NOLAN
Attorney for Plaintiff
UNITED STATES OF AMERICA



ERIK S. IVERSON
Senior United States Probation Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii,

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE; <u>United States v. Martin Kao</u>, Cr. No. 21-00061 LEK United States District Court, District of Hawaii**