CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Craig.Nolan@usdoj.gov

Attorneys of Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 21-00061 LEK |
|---|---|
| Plaintiff, | ) CR. NO. 23-00003 LEK )|
| vs. | ) UNITED STATES' SENTENCING ) STATEMENT; CERTIFICATE OF ) SERVICE |
| MARTIN KAO, | ) ) |
| Defendant. | ) ) ) |

**UNITED STATES' SENTENCING STATEMENT**

The government has no objections or additions to the Draft Presentence Report dated June 12, 2024 in the above-captioned matters. The government

reserves the right to reply to any proposed amendments, modifications, or additional information offered by Defendant Martin Kao.

DATED: June 27, 2024, at Honolulu, Hawaii.

                                      Respectfully submitted,

                                      CLARE E. CONNORS
                                      United States Attorney
                                      District of Hawaii

                                      By /s/ Craig S. Nolan
                                         CRAIG S. NOLAN
                                         Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served via CM/ECF:

Victor J. Bakke, Esq.
Attorney for Defendant Martin Kao (CR 21-00061 LEK)

Melinda K. Yamaga, Esq.
Attorney for Defendant Martin Kao (CR 23-00003 LEK)

Served via email:

Sara Nieling
Sara_Nieling@hip.uscourts.gov
United States Probation Officer


DATED:    June 27, 2024, at Honolulu, Hawaii


/s/ Craig S. Nolan
U.S. Attorney's Office
District of Hawaii