IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 21-00061 JAO |
| Plaintiff, | ) ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) ) | |
| MARTIN KAO, | ) ) ) | |
| Defendant. | ) ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document shall be duly served electronically through CM/ECF upon the following:

Craig S. Nolan
***(Craig.Nolan@usdoj.gov)***
Sydney Spector
***(Sydney.Spector@usdoj.gov)***
Assistant U.S. Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, August 15, 2024.

*/s/ Victor J. Bakke*
VICTOR J. BAKKE

Attorney for Defendant
MARTIN KAO

1