Dear Honorable Judge Leslie Kobayashi,

My name is Tiffany Lam and I am the wife of Martin Kao. I met him when I was 24 years old, and I've known him for 24 years. I understand that there must be serious consequences for Martin's behavior, but as a mother and a daughter, I am writing you this letter to ask that your sentence be merciful for the sake of our children and elderly parents.

Martin has always been the hardest working person I know. Despite once being at the top of a company, he is now the humblest person I know. His true nature and upbringing as an immigrant taught him that there is literally no job that he's too good to do. His first job after being fired as the CEO and stripped of all ownership of the company he owned, was a dishwasher job making $13/hour. And I was proud of him for doing that. He never complained or felt sorry for himself. Instead, my vivid observation was that he was thankful; and would instead pray and thank God for blessing him with a job.

What stuck to me when I first started dating Martin, was his faith and his family's faith. He told me that church has always been a part of his life and even went to church during college by himself. His childhood friends were from his family church and to this day I noticed his parent's friends are all from their church. He would always talk about God and even gave me a bible for my first birthday with him. Over the course of the 20 plus years following, I also noticed that Martin's connection with his faith started to fade.

But since his arrest, Martin's relationship with God has been restored and he is more deeply connected to his faith than ever. His greatest joy now is reading the bible together as a family, every night.

Martin has always been there for my family. My father died when I was in high school. I remember seeing my dad deteriorate to nothing. When we were young, my mom was an elementary public-school teacher who quit her job to take care of my dad. She raised my three brothers and me for most of my life. We did not have much financially, so Martin would often help us fix things that would often break around the house because my family house is very old and dilapidated and we couldn't afford to maintain it. What was uniquely different about Martin, was that he somehow knew how to fix things around the house. From plumbing, to yard work, to carpentry, he just did it. He said it was a product of his poverty growing up. When you can't afford to pay someone to do it, you learn to do it yourself. So, when we could not afford a new roof for my family house 22 years ago, he was there helping my brothers and I constantly patching each hole with tar because it would leak every time it rained, and the leaks would always move to different spots. There are so many instances when he has helped my family and now, he helps me care for my mother (now in her late 70's) who got sick

EXHIBIT "B"

when she was in her 60's and for the past 9 years has been diagnosed with schizophrenia, and now profound dementia and Alzheimer's disease. As she is now unable to speak completely, he has been instrumental in helping me care for her, with simple daily routines such as eating, giving her a shower, changing her, as well as some of the physically harder things to do, such as lifting and carrying her. Currently, Martin is living with his two elderly parents near the age of 90, who also needs assistance daily.

Even my grandparents loved him dearly too. When I was young, I would go to my grandparents' almost every weekend, so naturally I started doing that again as they grew older. My grandfather thought very highly of Martin, and it was not because of what he had or did professionally, but because he would often come to visit them when he didn't have to. We would sit on the floor while my grandma and grandpa often sat on the same couch, in the same place, almost my entire life. He would listen intently as my grandfather would tell him the same stories about being in the army in WWII and being a police officer. Martin would always make time for them. When my grandfather couldn't drive, Martin would drive him to Times once a week in my grandfather's old car because he was habitual and needed to pick up a butterfish bento and cone sushi for my grandma.

His compassion also extends deeper because he knows that the public education system helped him gain a better life. And I feel that the more he made, the more he donated because he always felt undeserving. We sent our son our children to the same public elementary school as my family attended as a child. He took it upon himself to personally pay for the installation of the air conditioning at Noelani Elementary School, donated Apple laptops, iPads, and other necessities to help them further support their mission that no child be left behind. As his wife, I know his heart. He grew up poor and that is where his true heart is.

Martin is a family man and we moved into my family house when we were married, where I currently reside with my family and my mom. I currently take care of my mom full time and now homeschool my two children who are ages 9 and 11. ████████

████████████████████████████████████████████████████

During the past 4 and a half years, the emotional stress has been unbearable for our family, and my children and I have waited in the unknown. Please, your honor, I beg you on hands and knees, to find leniency on Martin, so that my kids can have a chance at life with their father during their formative years and that I may have my husband along my

side to help raise our two young sons. My father got sick when I was in intermediate school, and it was very difficult growing up without a father most of the time.

When he became a dishwasher and a cook and was riding a bicycle (that he found in a dumpster and fixed) to work, I say Martin "joyful" again.  He would love to share stories about the restaurant and the people there.  Despite all his trials, when he talked about the restaurant, I saw his smile and laugh again.  I am his wife, and I know Martin's true nature.  He is a humble, compassionate, and shamelessly down to earth man. Those are the reasons I love him. Martin is a good husband and father to my kids.  I am thankful for being his wife and life partner and my family and I love him.

Respectfully,

Tiffany Lam

support in the students' learning! All

Sincerely,
L▓▓▓▓▓▓▓▓

P.S.
Marty - thanks for the picture!

Thank you for the a whole boring picture Marty. Also thank you for the Notebooks and track. Thank you for also sponsoring my team. You guys are very thoughtful. I hope you know that.

Thank you! Marty and Aunty Tiff!

Dear Tiff, Martin, Marty + Mickey,

Thank you, thank you, thank you for the green screen, tripod, microphone ipads, apple pens and (* and itunes gc) cases for our classroom! They will all definitely be put to good use! I can't wait to use the ipads to create the green screen videos for our animal unit next month! If you want, I can share our videos and you can put it up on Marty and Mickey's Foundation website so others can see the true impact in the classrooms! I truly appreciate your generosity anc



Dear Ms. Tiffany ~~ and Mr. Martin Kee,

Thank you for donating this XBox so I
could win it. This XBox came, also to me on
the next day was my Birthday so my brothers
wish came true and I like looking at
I others play on the XBox happy. Its
a gift that me and my brothers play with

Sincerely,

N█ E█

Noah

Thanks

Hallmark

Dear Marty & family,

Tacu you fiver the

Green scrnng and.

The ipad stand and.

Micu fone

Love,

A‑■■■■






Dear Marty & family,
thank you for
The grenn skrn and
The mikr phone.

Love,





# Dear Marty & family,

Thank you Thiqw Marty Mom
for the gren sven and
the Fpai solid stand and
muye krf un.

# Love,





Dear Marty & family,
Thank you for the
grenskreen, thank
you for the
ipad stander. thank
you for the mitaton
Love,




Dear Marty & family,

+ Thank

they for giving the class

the green scren and the

i pad stander and the

micerfon.

Love,

y ███████



Dear Marty & family,

Thank you
I hade we for the
gren screne And the
iPad, Stade And the
micterfone

Love,





Dear Marty & family,

Thank you for greenstem

and the makerphone and the

ipeqstune.

Love,







Dear Marty & family,

Thank you for the iPad stand. I can't wait to use it. Zet and thank you for the green screen. I can't wait to use it.

Love,

<u>Dear Marty & family,</u>

Thak you for
gitey (getting) ac the grencren.
Thak you for
the ipad stad,
That you for the →

<u>Love,</u>
18
B████████



Dear Marty & family,

Thank you for the

greenest sceen and

mycer phone.



Love,

9-9-19

M█████████



Dear Marty & family,

Thake you for the genckn
(Thank)                (green / screen)

Thake you for ipskasken. I
(Thank) (for) (ipad / stand)

thek the mikfon is gate.
(think)      (microphone) (great)

Love,

A█████



Dear Marty & family,

Thank you for the green screen. Thank you for the i pad stand. Thank you for the muckerfone.

Love,





Dear Marty & family,
Thank you for the green
skreem and the iPad
stand and mutty Phone.

Love,
Z█████





Dear Marty & family,

Thank you for the

great screen

for th̲e̲ clas and sas [Thanks]

for the ipad stand

ant for the Malrtfon [microphone]

Love,

A█



Dear Marty & family,

Thank you for briying a green scren micrufone and iypad studs. And thank you for leting us borow then. Thank you Marty

Love,
W█████

Dear Marty & family,

Thenk you for the green sken and the, ipad stend and the mitu fom,



Love,





Dear Marty & family,

Thank you for the green
screen ipad stand and
Mirraphone I can't
wait to use it

Love,

A▮

Honorable Leslie E. Kobayashi                    February 2, 2025

United States District Judge
Prince Kuhio Federal Building
District of Hawaii 300 Ala Moana Blvd Honolulu, HI, 96850

Dear Judge Kobayashi:

My name is Bill Stackman.  I am the former Dean of Students at Harvard's Graduate School of Arts & Science.  However, I am not writing to you as a Dean at Harvard, rather in my personal capacity as a friend of Martin Kao.

I met Martin in a course we had together last semester.  The title of the course is "Mindfulness, Meaning, and Resilience."  It focused on mindfulness as a method of attending to the experience of the present moment with full awareness and how finding meaning in our suffering and trials can build character, hope, and resilience.

It was in a serendipitous encounter that I ran into Martin one afternoon at the Harvard Law School student center.  We shared our personal experiences, trials, and suffering.  Including how what we studied in the Mindfulness course has helped us cope. Martin was very open and honest about his mistakes, current legal trials and challenges.

The final project of the course required that each graduate credit student select a specific population group and present a thesis to the class on how mindfulness would benefit that group. Focusing on what "finding meaning" might look like for this group through the lens of mindfulness cultivation, and how mindfulness can foster a sense of personal and collective growth, healing or sense of purpose for this population group.

Martin chose to focus his presentation on how mindfulness can help to rehabilitate, bring meaning, and reform to those who are or have been incarcerated.  He humbly shared his very personal mistakes, experiences and pending fate before you. And how it has led him to have this emphatic compassion for others who he feels have no resources, voice, or agency.

I hope that when you do finally meet Martin on February 13, 2025, you will see beyond his past and look to the future and see the "Martin" that I and his peers at Harvard see.

Sincerely,

William B Stackman

William Stackman

Martin,

Sometimes there are no words, only
thoughts to express how grateful we
are to each other. Thank you for
the lasting impact you have
made on your peers around
you on the line. I have
very much enjoyed working
with you, though the days
weren't always easy. Remember
this time, all the omelettes, and
know that you have survived
100% of all your worst days
and you're stronger for it.
I wish you the absolute
best in all that is to come.
I know the road ahead
is uncertain, just know there
are always those that love and
celebrate you here.
                    Thank you!
                    Cheyenne



We are Martin Kao's coworkers and now brothers and family at the Cheesecake Factory. Us old timers met Martin almost two years ago. Some of us newer folks met him in the past two years. For the old timers, all of us in the kitchen thought he would not last long. The cookline is one of the hardest jobs in the restaurant. Especially in Waikiki. And most new cooks do not last for more than a few weeks. Not only is he still here, Martin is the main daytime sauté cook. Sauté being the most "power station" (i.e., the most difficult position on the cookline). For us new guys, Martin helped train some of us and made us feel like important team members the first day we started.

Martin is our coworker and our friend and a brother. He has always been humble, hardworking, and respectful to everyone. He trained some of us and we all enjoyed working alongside him. He shows aloha and respect to all of us, and we know that he has become very "local" in the past two years.

Martin may have mess up and he own's it. That is why we respect him. He does not lie or make excuses for his mistakes. But by nature he is not a criminal. Just look at him...talk to him...listen to him...he is a good guy and not a criminal.

We are sad to see him leave, and it has been an honor to work next to a man that we know is very smart, educated, and once higher up. Yet, he never acted or saw himself as better than anyone else. He always helped and was respectful to everyone.

We will miss him very much and hope the Judge can see what we see. A humble, hardworking, kind, and down to earth man.

Mahalo for considering our support for Martin.

| | |
|---|---|
| _____ | _____ Everst W Campbell |
| Signature | Printed Name |
| _____ | _____ JADE A. IMANITO |
| Signature | Printed Name |

_____
Signature

_____
Printed Name

Benjamin Tandal

_____
Signature

_____
Printed Name

Freddie Jones

_____
Signature

_____
Printed Name

CELIA  Goddard

_____
Signature

_____
Printed Name

Curt Bryant

Everard Alvarado
_____
Signature

Everardo Alvarado
_____
Printed Name

_____
Signature

_____
Printed Name

_____

Signature

Taylor   Pirga

Printed Name

_____

Signature

malia Saunders

Printed Name

_____

Signature

Xiu   Guo

Printed Name

_____

Signature

AGLes Robert

Printed Name

_____

Signature

Marshall Forrester

Printed Name

_____

Signature

Sefo Moananu

Printed Name

_____
Signature

_____
Gilchrist Morales
Printed Name

_____
Signature

_____
Patrick Joshua Dela Cruz
Printed Name

_____
Signature

_____
Jared Resurreccion-Carolino
Printed Name

_____
Signature

_____
Edward R Martin
Printed Name

_____
Signature

_____
Gaylord Chee
Printed Name

_____
Signature

_____
Cheyenne Delgadillo
Printed Name

Dakota Delgadillo

Signature

Dakota Delgadillo

Printed Name

Raice Badajos

Signature

Raice Badajos

Printed Name

Auroi-Elias

Signature

Auroi . Elias

Printed Name

_____

Signature

JESSE Loonson

Printed Name

Eric Hamasaki

Signature

Eric Hamasaki

Printed Name

Cody Weaver

Signature

Cody Weaver

Printed Name

_____

Signature

8aPaS

Printed Name

_____

Signature

CESAR VALENCIA

Printed Name

_____

Signature

Francis Petrus

Printed Name

_____

Signature

Cory Auld

Printed Name

_____

Signature

_____

Printed Name

_____

Signature

_____

Printed Name

敬愛的法官大人：

您好！我們是Martin Kao 的父母。(George Kao 和 Rachel Kao)。於1977 年我們攜帶
兒、女由台灣來到美國。從此展開了艱辛的移民生活。經過多年的奮鬥，George 終於
在Cable Data 謀得穩定的工作。而Rachel 則在加州政府司法部 (DOJ)任職指紋鑑定。如今我
們都已退休。由於年紀老邁、體弱多病、George 患有Parkinson disease、
行動不便加上語言不足。於2017年我們由加州搬來夏威夷投靠兒子，至今已近七年。
兒子自幼就是個孝順、懂事的好孩子。七年間兒子對我們的照顧無微不至。平常看病、
購物、取藥等均由兒子陪同辦理。如今兒子即將被判入獄，這對我們是晴天霹靂。每
晚想起令我們徹夜難眠，不知如何是好。由於George的Parkinson Disease, 不能乘坐飛機遠行或
外出，Rachel則須留在家中照顧，所以我們無法去探視兒子。懇請法官在
情、理、法兼顧下，考慮輕判。
我們現已是年近90高齡的老人，隨時都有歸回天家的可能。屆時懇請法官開恩，准許Martin回家
數日辦理後事，這是我們最後的懇求。敬祝安康



George Kao 和Rachel Kao

*****

Translation Via Google Translate

Dear Judge:

Hello! We are Martin Kao's parents. (George Kao and Rachel Kao). In 1977 we brought
My son and daughter came to the United States from Taiwan. From then on, the hard life of
immigration began. After years of fighting, George finally
Find a stable job at Cable Data. Rachel works as a fingerprint examiner for the California
Department of Justice (DOJ). Now we are all retired. Due to his old age and frail health, George
suffers from Parkinson's disease.
Limited mobility coupled with a lack of speech. We moved from California to Hawaii to be with our
son in 2017. It has been nearly seven years.
My son has been a filial and sensible child since he was a child. During the past seven years, my
son has taken great care of us. Routine medical treatment,
My son will accompany me when shopping, picking up medicine, etc. Now that our son is about to
be sentenced to prison, this is a bolt from the blue for us. Every
Thinking about it at night keeps us awake all night, not knowing what to do. Due to George's
Parkinson's Disease, he cannot travel by plane or go out, and Rachel stays at home to take care
of him, so we are unable to visit our son. I beg the judge to
Taking into account emotion, reason and law, consider a light sentence.
We are now nearly 90 years old and may return to our heavenly home at any time. At that time,
we beg the judge to be merciful and allow Martin to go home for a few days to arrange his funeral
arrangements. This is our last plea. Wish you good health
George Kao and Rachel Kao

HAWAI'I MEALS ON WHEELS
Honolulu, Hawaii 96823
www.hmow.org

3 JUN 2024 PM 2 L

PITNEY BOWES
$0.64 ⁹
US POSTAGE
FIRST-CLASS
026W0002310853
2000156951
ZIP 96817
MAY 31 2024



MARTIN KAO
2323 KAALA ST.
HONOLULU, H.  96822

96822-220223

It's Your Birthday!

Best Wishes...
Board of Directors & Staff
Hawaii Meals on Wheels

5/23/2024

Hawaii Meal on Wheels

2728 Huapala Street #209

Honolulu, Hawaii 96822

To The Judge,

It gives me great pleasure to inform you that Martin Kao served with our organization
as a volunteer who helped put together meals and deliver them to Kupuna and the
disabled living in apartments and houses throughout the Punahou/Manoa area. Martin
always arrived on time and was very diligent in accomplishing his tasks. He was eager
to provide substantial support for our organizational goals and made himself available
to help us when needed.

Hawaii Meals on Wheels is an organization that is dedicated to helping Hawaii's
Kupuna and individuals with disabilities. We provide nutritional meals and food
security for those threatened with hunger. Thus, we can survive and strive in the
community with the help of volunteers like Martin, people who care about the
well-being of others. Our doors are always open to him to volunteer with us in the
future.

Sincerely Yours,

Bradley Akamu

Volunteer and Outreach Director

Hawaii Meals on Wheels

Philip W. Miyoshi



August 14, 2024

Honorable Leslie E. Kobayashi
United States District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii, 96850

     Re: Martin Kao - Case No. 1:21-cr-00061-LEK

Dear Judge Kobayashi:

I am writing to you in my individual capacity in advance of Martin Kao's upcoming sentencing. I have been acquainted with Martin over the last several years and I believe it is important to bring to your Honor's attention several aspects of his character and recent actions that I hope you will consider in your deliberation of his sentencing in the above-referenced matter.

During the time I have come to know Martin, he has presented himself as honest, truthful, and candid in the assessment of his current situation. This level of self-awareness and forthrightness is, in my experience, crucial for genuine rehabilitation and speaks volumes about his character.

I believe that Martin has demonstrated a sincere commitment to personal growth and rehabilitation since the events that brought him before this Court. Most notably, he recently completed a rigorous summer school program at Harvard University, which your Honor generously permitted him to attend. Martin has already registered for a full-time graduate student fall 2024 semester curriculum. This achievement not only showcases his scholastic capabilities but also his determination to better himself and contribute positively to society. Martin's willingness to engage in further higher education demonstrates his desire for self-improvement and his potential for future success.

Beyond his academic pursuits, Martin has maintained steady employment throughout this time, demonstrating his commitment to being a productive member of society. His work ethic and reliability have been recognized by his employer, further illustrating his potential for rehabilitation.

It is also important to note that Martin is a devoted family man. He has a supportive wife, Tiffany Lam, and two minor children who depend on him emotionally and financially. His role as a father and husband has been a grounding force in his life, providing him with motivation to make amends for his past actions and to create a better future for his family.

Throughout the time I have spent with Martin, I have observed genuine remorse for his past actions and a commitment to making positive changes in his life. Martin has taken full responsibility for his past mistakes and has expressed a sincere desire to become a better person and citizen.

I respectfully ask that you consider these factors when determining Martin's sentence. His honesty in facing his situation, recent educational achievements, consistent work history, and strong family ties all point to an individual who has the potential and the drive to become a valuable contributor to our community.

I believe that with the appropriate guidance and opportunity, Martin can continue on this path of rehabilitation and personal growth. A sentence that allows for continued rehabilitation while addressing the seriousness of the offense would, in my humble opinion, serve both the interests of justice and society.

Thank you for your time and consideration of these matters.


Respectfully submitted,

Philip W. Miyoshi

October 9, 2023

Dear Your Honor,

I am the defendant's brother-in-law.  I have known him for many years.  I worked for the federal government and hold a Top-Secret Security Clearance.

Please, let me tell you a little background about what I know about him.  I knew him when he had an old beat-up green truck and would go to the laundry mat to wash his clothes.  He would constantly be at our family house helping us.  He would fix small things for us like our leaky sink, a leak in our roof, or the washer and dryer when it was not running right.  We grew up with a sickly father, so we did not always know what to do when things broke down.  So, for example, instead of calling a plumber to fix the sink, my mom (educated as a public-school teacher) would just put a bowl under the sink to catch the water and it was fixed.  Martin was very hands on and taught me that you could do it yourself and he did.

He was very close and highly respected by my grandparents.  My grandfather treated Martin like a son.  Martin would always visit them, even when he was the CEO, in their tiny little one-bedroom Makiki apartment.  Martin would listen patiently even when my grandfather would tell the same war stories over and over about being on the front lines in the 442nd battalion during WWII.  Or his stories from the police force and the day he retired was when he was shot at and my grandmother (who was also a seamstress during her spare time) found a bullet hole through the bottom of his pants.  Every week Martin and my sister would take my grandparents to Zippy's. This was something my grandfather loved doing, but he could not drive.  At the end of my grandparents' life, Martin was always there for them, no matter how busy he was at work, especially when my mom (who is an only child) started to show signs of dementia, he was never too busy to visit or stay with them.   If my mom could speak, she would say the same.

I can't begin to tell you the number of times he has selflessly helped my family.  When he got married to my sister they moved into my family house with my mom, who now needs 24-hour care and he has never complained.  I cannot tell you the amount of respect I have for him.

These days when I talk to him, I see that he is thankful for having a job at a Japanese restaurant as a dishwasher and working at the Cheesecake Factory.  No matter what he does, I know he always tries his best.

Thank you for listening.


With Appreciation,

Chris Michael T. Lam

**Christopher Lam**
**Honolulu, Hawaii**

6/28/2024

Dear Judge Kobayashi,

I am writing to you with a heartfelt plea for leniency in the sentencing of my brother-in-law, Martin Kao, who is due to appear before you in your court in August. Martin has had a profound impact on my life, serving as a role model and guiding force. I've known Martin for almost twenty-five years, and he has always been there for me, offering support, wisdom, and encouragement. His influence has been instrumental in shaping me into the man, husband, and mature adult I am today. I hope to provide you with some insight that might illustrate his character and potential.

My sister and I have always been close, and this extended naturally to Martin when he became part of our family. I have known Martin since he first began dating my sister, and over the years, I have come to know him very well. I have watched him grow from a friend to a beloved family member. This long-term relationship has given me a unique perspective on his character, and I feel confident in speaking to his integrity, kindness, and the positive influence he has had on my life and the lives of others around him.

Martin has always been an active and supportive member of our family, never hesitating to help us with whatever we needed, always with kindness and generosity. He was there for me when I lost my way years ago and needed guidance, becoming an even bigger role model for me by setting an example of how to be a better version of myself. The Martin I know would give the shirt off his back to help someone. Since I've known him, he has shown me repeatedly what it is to be a good brother, husband, and father. He prioritized his family and was never one to abandon any duties or responsibilities. I have always been proud to say he is my brother and someone I look up to.

I believe the demands and obligations increased significantly when he was working at Navatek, which may have shifted his priorities. During this time, I rarely saw him because he was always working. Mounting commitments and pressures from those around him increasingly influenced his actions. The pressures and workload, exacerbated by the COVID-19 pandemic, added immense stress as he tried to balance the demands of his job, his family, and the expectations of the employees.

I have seen Martin show remorse and a strong desire to make amends for his actions. I have also seen firsthand his determination to make redemptive changes in his life. He has already taken steps towards this by helping his community and local church with needed renovations, volunteering for counseling, learning new skills like cooking for others, and even going back to college. I am amazed by his abilities and determination, even with such a scary and unknown future ahead of him. I know he is determined to lead a constructive life moving forward and that his commitment to change is sincere. I respectfully ask that you consider these factors when determining his sentence.

I understand the gravity of the situation, but I respectfully ask for your consideration of a more lenient sentence that would allow my brother to continue his rehabilitation outside of

incarceration. A less severe sentence would enable him to contribute positively to society, support his young family, and be a present parent to his children. Growing up without a father myself, I know firsthand the irreplaceable hole that's left without having a dad. I see how much his son's look up to him and how much they love him.

We love Martin very much. I hope to repay the kindness he has shown me throughout the years. He is surrounded by a strong support network committed to helping him through this difficult time.

Thank you for taking the time to read my letter and for considering my request. Your compassion and understanding could make a profound difference in his and his children's lives, giving him the opportunity to prove that he can be a valuable member of society. I have faith in the fairness and compassion of the court.

Sincerely,
Chris Lam



beth@universityavenuebaptist.org || Mobile: (808) 782-6587
Office: (808) 947-5008 || universityavenuebaptist.org

2305 University Avenue
Honolulu, HI 96822

December 20, 2022

Honorable Judge Leslie Kobayashi,

I am writing on behalf of Martin Kao. I met Mr. Kao in July of 2021 when he began attending worship services and ministry events at University Avenue Baptist Church with wife and two young sons. Martin and his family became faithful attenders of the church. As Martin saw the many needs around our church campus, he began volunteering his time to paint and repair old cabinets, replace floors, move old furniture, repair doors, and much more. Mr. Kao repaired so many property needs that our church staff did not have the time, resources, or knowledge to do.

As with most organizations, the pandemic caused many challenges for our church. In the middle of working through many difficulties, Mr. Kao provided so many blessings for our church and staff, always going above and beyond what was required. When our ministerial staff asked Mr. Kao if he could help us build a coffee cart we could use for our community moms' group and for our community English conversation classes, he happily agreed. The church staff showed Mr. Kao an old changing table we had found at the church. Days later, Mr. Kao returned to the church with the changing table transformed into a beautiful cart that far exceeded our expectations. In addition to his carpentry and handyman skills, Mr. Kao also began blessing our church family with his culinary skills by cooking and providing meals for church family gatherings. Even more than his humble and generous acts of service, Mr. Kao blesses many in our church family with his friendship and encouragement. When a newly single mom in our church family was overwhelmed by having three kids with birthdays back-to-back, Mr. Kao and his wife came alongside the mom and generously hosted a birthday party for her kids, taking care of every detail.

I have also had the pleasure of knowing Mr. Kao as a neighbor, as he and his young family have spent much of the past year and a half living across the street from me. Every time I have needed help with something at my home, Mr. Kao has cheerfully come to help me. As a single woman who is still learning how to care for a home by herself, Mr. Kao has been incredibly helpful to me as a neighbor.

Over the past year, Mr. Kao and I have frequently spoken about all he has learned about himself over the last few years. I have been so encouraged by his honesty and humility. Though many aspects of Mr. Kao's daily life have changed over the last few years, he continues to be a devoted husband to Tiffany and father to Marty and Mickey. Together, Tiffany and he continue to care for their aging parents.

This year, Mr. Kao took a job at the Cheesecake Factory. I think many people would be surprised that a former CEO would take a job washing dishes at a restaurant. However, after sharing life with Mr. Kao over the last year and a half, I wasn't surprised. I have watched Martin Kao humbly and vulnerably tell others his story. I have watched him spend hours working on his hands and knees putting in a new floor and asking to not receive any credit for it. I have watched him faithfully love his family and put them first, even on the hardest of days. I did not know Mr. Kao before his arrest, but it is my privilege to share about the humility, kindness, generosity, service, and compassion I have witnessed in Mr. Kao, my neighbor and friend.

Sincerely,

**Dani Beth Crosby**
Family & Communications Minister
University Avenue Baptist Church