IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 21-00061 LEK |
|---|---|---|
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| MARTIN KAO, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document shall be duly served electronically through CM/ECF upon the following:

CRAIG S. NOLAN                *Via CM/ECF*
U.S. Attorney's Office

Darsie Ing-Dodson             *Via Email Transmittal*
U.S. Probation Officer        *(darsie_ing-dodson@hip.uscourts.gov)*

DATED: Honolulu, Hawaii, February 7, 2025.

                        */s/ Victor J. Bakke*
                        VICTOR J. BAKKE

                        Attorney for Defendant
                        MARTIN KAO