MIYOSHI & HIRONAKA, LLLC
Attorneys at Law

RANDALL K. HIRONAKA    7444
City Financial Tower
201 Merchant Street, Suite 2240
Honolulu, Hawaiʻi  96813
Telephone: (808) 888-2595
E-Mail:  randy@808-law.com

Attorneys for Defendant
MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | CR. NO.  21-00061 LEK |
|---|---|
| vs. | STIPULATION AND ORDER CONTINUING DEADLINE |
| MARTIN KAO, | |
| Defendant. | |

STIPULATION AND ORDER CONTINUING DEADLINE

Comes now Martin Kao, by and through his attorney, Randall K. Hironaka, and the United States, by and through Assistant United States Attorney Craig Nolan, and hereby stipulates to continue the deadline for Mr. Kao to submit any opposition memorandum to determine the amount of restitution owed to PacMar, formerly known as Navitek, from April 11, 2025 to April 14, 2025.

DATED:  Honolulu, Hawai'i, April 11, 2025.

>  /s/ Randall K. Hironaka
>  RANDALL K. HIRONAKA
>  Counsel for MARTIN KAO

>  /s/ Craig Nolan
>  CRAIG NOLAN
>  Counsel for UNITED STATES

Dated:  Honolulu, Hawai'i, April 11, 2025.

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge