

**KOBAYASHI SUGITA & GODA, LLP**
Attorneys at Law

Bert T. Kobayashi, Jr.*
Alan M. Goda*
Charles W. Gall*
Neal T. Gota
Charles D. Hunter
Robert K. Ichikawa*
Christopher T. Kobayashi*
Jan M. L. Y. Kutsunai*
David M. Louie*
Nicholas R. Monlux
Jonathan S. Moore
Aaron R. Mun
Bruce A. Nakamura*
Kenneth M. Nakasone*
Harry Y. Oda
Jesse W. Schiel*

Craig K. Shikuma*
Timothy T. Silvester
Lex R. Smith*
Joseph A. Stewart*
Brian D. Tongg
David B. Tongg*
Caycie K. G. Wong
*A Law Corporation

Of Counsel:
Kenneth Y. Sugita*
John R. Aube*
Wendell H. Fuji*
Clifford K. Higa*
Burt T. Lau*
Larry L. Myers*
Gregory M. Sato*
David Y. Suzuki*

Andrew M. Carmody
Ashley L. Choo
Olivia D. Grodzka
Ying Gu
Justin Hart
Drew K. Ichikawa
Daniel K. Jacob
Austin H. Jim On
Stephen G. K. Kaneshiro
Travis Y. Kuwahara
Ryan D. Louie
Zachary K. Shikada
Reece Y. Tanaka

February 18, 2026

**Via PACER (CM/ECF):**
Honorable Leslie E. Kobayashi
Senior United States District Judge
District of Hawaii
300 Ala Moana Blvd.
Honolulu, HI 96850

> Re:   *United States v. Martin Kao*, CR 21-00061 LEK
>       (Wire Fraud)

Dear Judge Kobayashi:

Movant PACMAR TECHNOLOGIES LLC f/k/a MARTIN DEFENSE GROUP, LLC f/k/a NAVATEK LLC ("**PacMar**"), by and through its undersigned counsel, respectfully requests that this Court schedule a hearing to determine the amount of restitution owed to PacMar, based on a renewed/updated request to be filed with the Court. The original restitution hearing was requested by the government pursuant to 18 U.S.C. § 3664(d)(5) [Dkt. 168]. The hearing was held on April 30, 2025, and the amounts owed to PacMar as requested then were denied by this Court without prejudice, subject to further documentation and refinement of the request [Dkt. 180].

PacMar respectfully requests that the Court schedule a hearing at a time convenient to the Court to hear and determine the amount of restitution owed to PacMar based on a forthcoming renewed request for restitution which will be promptly filed with the Court upon the scheduling of the hearing. If the Court prefers a different procedure, please let us know and we will of course be happy to accommodate whatever procedure is easiest for the Court.

Honorable Leslie E. Kobayashi
February 18, 2026
Page 2

Very truly yours,

*/s/ Jesse W. Schiel*

DAVID M. LOUIE
JESSE W. SCHIEL
   for
KOBAYASHI, SUGITA & GODA, LLP