UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MARTIN KAO, <br><br> Defendant - Appellee, <br><br> ---------------------------------------- <br><br> TIFFANY JENNIFER LAM, <br><br> Interested Party - Appellant. | No. 25-2435 <br><br> D.C. No. <br> 1:21-cr-00061-LEK-1 <br><br> District of Hawaii, <br> Honolulu <br><br> MANDATE |

The judgment of this Court, entered February 17, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT