IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 21-00061 LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| MARTIN KAO, | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the date noted below, a copy of the foregoing document was duly served on the following parties at the last known address on May 14, 2026:

Served Electronically through CM/ECF:

JENNIFER BILINKAS          Jennifer.Bilinkas@usdoj.gov
CRAIG S. NOLAN             craig.nolan@usdoj.gov
U.S. Department of Justice
District of Hawaii
300 Ala Moana Blvd., #6-100
Honolulu, Hawaii 96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

//

//

RANDALL K. HIRONAKA                  randy@808-law.com
City Financial Tower
201 Merchant Street, Suite 2240
Honolulu, Hawaii 96813

Attorney for Defendant
MARTIN KAO

PHILIP MIYOSHI                       philip@808-law.com
City Financial Tower
201 Merchant Street, Suite 2240
Honolulu, Hawaii 96813

Attorney for Defendant
TIFFANY KAO

Served via Electronic Mail:

SARAH NIELING                        sara_nieling@hip.uscourts.gov
United States Probation Officer
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, May 14, 2026.

                        /s/ Jesse W. Schiel
                        DAVID M. LOUIE
                        JESSE W. SCHIEL

                        Attorneys for Movant
                        PACMAR TECHNOLOGIES LLC
                        f/k/a MARTIN DEFENSE GROUP,
                        LLC f/k/a NAVATEK LLC

2